UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> -v.- <br><br> LATINA MEDIA VENTURES, LLC, and DOES 1-5, <br><br> Defendants. | 19 Civ. 8241 (KPF) <br><br> ORDER |

KATHERINE POLK FAILLA, District Judge:

The complaint in this action was filed on September 4, 2019. (Dkt. #1). On September 23, 2019, the Court ordered that the parties appear for an initial pretrial conference on December 18, 2019, at 10:00 a.m. (Dkt. #9). On October 18, 2019, Plaintiff filed proof of service on Defendant Latina Media Ventures, LLC. (Dkt. #10). To date, Defendant Latina Media Ventures, LLC has not responded to the complaint or otherwise appeared in this action. On November 4, 2019, Plaintiff obtained a Clerk's Certificate of Default as to Defendant Latina Media Ventures, LLC. (Dkt. #15).

Accordingly, the initial pretrial conference previously scheduled for December 18, 2019, is hereby ADJOURNED *sine die*. If Plaintiff intends to move for default judgment, it must do so by order to show cause pursuant to the procedure set forth in the Court's Individual Rules Attachment A.

SO ORDERED.

Dated: December 13, 2019
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge