UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> -v.- <br><br> LATINA MEDIA VENTURES, LLC, and JOHN DOES 1-5, <br><br> Defendants. | 19 Civ. 8241 (KPF) <br><br> **<u>DEFAULT JUDGMENT</u>** |

KATHERINE POLK FAILLA, District Judge:

  This action having been commenced on September 4, 2019 by the filing of the Complaint (Dkt. #1), and a copy of the Summons and Complaint having been personally served on the defendant, Latina Media Ventures, LLC, on September 9, 2019 by serving a copy of the Summons and Complaint on the New York Secretary of State, personal service on Nancy Dougherty, Authorized Agent in the Office of the Secretary of State of the State of New York, and a proof of service having been filed on October 18, 2019 (Dkt. #23), and the defendant not having answered the Complaint, or responding to the Court's order to show cause why a default judgment should not be entered (*see* Dkt. #21; Minute Entry at 3/12/20), and the time for answering the Complaint having or otherwise responding has expired, it is

  ORDERED, ADJUDGED AND DECREED:  That the plaintiff has a judgment against defendant Latina Media Ventures LLC for damages in the amount of $35,000.00; with pre-judgment interest from March 25, 2015 until the date of judgment, March 30, 2020, in the amount of $2,722.90; with costs

and disbursements of this action in the amount of $460.00; with attorneys' fees pursuant to 17 U.S.C. § 505 in the amount of $3,094.00; and with post-judgment interest from the date of judgment pursuant to 28 U.S.C. § 1961.

SO ORDERED.

Dated: March 30, 2020
       New York, New York

                                         KATHERINE POLK FAILLA
                                         United States District Judge